United States District Court

Eastern District of Louisiana

Rhodes

v.                                              CIVIL ACTION NO. 2:00-cv-00188
                                                                    T(5)
Setters


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 24, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 20 P 2: 57

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| DAVID RHODES | * | CIVIL ACTION NO. 00-0188 |
| VERSUS | * | JUDGE SECT. T MAG. 5 |
| MICHAEL T. SETTERS AND U. B. TRUCK LINE INC. | * | MAGISTRATE JUDGE |

## PETITION FOR REMOVAL

**NOW INTO COURT,** through undersigned counsel comes U. B. Truck Line Inc., a defendant in the captioned matter who files this Petition for Removal of the captioned cause from the 17th Judicial District Court in and for the Parish of LaFourche, State of Louisiana, bearing Docket Number 88038 of that court, presently pending therein, to this District Court of the United States in and for the Eastern District of Louisiana, New Orleans Division, and respectfully shows unto this Court the following facts:

I.

Suit was filed in the 17th Judicial District Court in and for the Parish of LaFourche, State of Louisiana, bearing Docket Number 88038, entitled *"David Rhodes v. Michael T. Setters, et al"*, said suit being filed on the 20th day of December, 1999, which suit was served on defendant, on or about January 3, 2000. A copy of said suit is attached hereto as Exhibit "A".

II.

Plaintiff set forth a claim for damages arising out of an accident which occurred on January 4, 1999, in LaFourche Parish, Louisiana.

Fee $150.
___Process___
X  Dktd
___CtRmDep___
Doc.No.___

III.

Said claim is a cause removable from the State Court to a District Court of the United States under the terms of 28 U.S.C.A. §1441 in that it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

IV.

At the time of the commencement of this suit and presently, plaintiff is a resident of the State of Louisiana. Defendant, U. B. Truck Line Inc., is a foreign corporation with its principal place of business in Ohio, and the citizen of Michael Setters is a citizen of the State of Kentucky.

V.

All served defendants join in this petition for removal.

VI.

Petitioner, U. B. Truck Line Inc., shows that the Petition is filed within thirty (30) days after service of the initial pleadings, setting forth the claim for relief upon which the proceeding is based.

**WHEREFORE**, premises considered, petitioner prays that this Honorable Court assume jurisdiction over this cause, the state court proceeding be discontinued, and this suit be removed to the United State District Court in and for the Eastern District of Louisiana, New Orleans Division, as the law directs, and that all orders from the premises as are needful and necessary in such cases be made and provided.