FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 10 AM 11:09

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID RHODES | CIVIL ACTION |
| VERSUS | 00-188 |
| MICHAEL T. SETTERS, ET AL. | SECTION "T"(5) |

### ORDER OF DISMISSAL

The Court has been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a settlement and compromise, and that they need only execute releases and deliver funds in accordance with their agreement. Accordingly,

**IT IS ORDERED** that this action be, and the same is hereby **DISMISSED WITHOUT COSTS BUT WITHOUT PREJUDICE** to the right of any party, upon good cause shown, to seek summary judgment enforcing the compromise within sixty (60) days if it is not consummated by that time. With the consent of the parties, this Court retains jurisdiction over the settlement agreement for enforcement purposes.

**IT IS FURTHER ORDERED** that the pretrial conference in the above captioned matter originally set to commence on Thursday, January 18, 2001, at 11:00 A.M., be, and the same is hereby **CANCELED.**

**IT IS FURTHER ORDERED** that the trial in the above captioned matter originally set to commence on Monday, February 5, 2001, at 10:00 A.M., be, and the same is hereby **CANCELED.**

DATE OF ENTRY
JAN 10 2001

1

Counsel are reminded that if witnesses have been subpoenaed, every witness must be notified by counsel not to appear.

New Orleans, Louisiana, this 10th day of January, 2001.

G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE